BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

JUN 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:10 cr 0222 LKK |
| Plaintiff, | |
| v. | ORDER TO SEAL (UNDER SEAL) |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | |
| Defendants. | |

    IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the first defendant or until further order of the Court.

DATED: June 10, 2010

_____
HONORABLE KIMBERLY J. MUELLER
U.S. Magistrate Judge