FILED
September 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KATHLEEN DOCKSTADER, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-cr-00222-LKK <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kathleen Dockstader</u>; Case <u>2:10-cr-00222-LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Secured Appearance Bond in the amount of <u>$75,000.00 to be secured by property of Frances Jayne.</u>

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

    _X_   (Other) <u>Defendant to be released today on an unsecured appearance bond co-signed by Frances Jayne with property to be secured by no later than 10/8/2010.</u>

Issued at   <u>Sacramento, CA</u>   on   9/22/10   at   3:00 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge