The Law Offices of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>V.<br><br>CLIFFORD JOSEF YOUNG<br>KATHLEEN DOCKSTADER<br>et. al. | Case Number: 10-CR-222 LKK<br><br>**ORDER RE DEFENDANT KATHLEEN DOCKSTADER'S WAIVER OF PERSONAL APPEARANCE**<br><br>**DATE: December 7, 2010**<br>**TIME: 9:15 a.m.**<br>**DEPT: 4** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, KATHLEEN DOCKSTADER, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his/her which the Court may permit pursuant to this waiver; agrees that his/her interests will be deemed represented at all times by the presence of his/her attorney, the same as if the defendant were personally present;

and further agrees to be present in court ready for trial any day and hour the Court may fix in his/her absence.

The defendant further acknowledges that he has been informed of his/her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his/her attorney to set times and dates under that Act without his/her personal presence. The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated:

                                              /s/ *Kathleen Dockstader*
                                              (Original retained by attorney)

                 I agree and consent to my client's waiver of appearance.

Dated:                                           */s/ Olaf W. Hedberg*
                                            Olaf W. Hedberg
                                            Attorney for Kathleen Dockstader

                                    IT IS SO ORDERED

Dated: October 1, 2010

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT