1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    LEXI NEGIN, Bar #250376
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    CLIFFORD JOSEF YOUNG

7

8

9                        IN THE UNITED STATES DISTRICT COURT

10                     FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,          )   NO. CR-S-10-222 JAM
                                        )
14                   Plaintiff,         )   STIPULATION AND ORDER TO EXTEND
                                        )   TIME TO POST PROPERTY BOND
15        v.                            )
                                        )
16   CLIFFORD JOSEF YOUNG,and           )   Judge: Hon. Edmund F. Brennan
     KATHLEEN DOCKSTADER,               )
17                                      )
                     Defendants.        )
18   _____ )

19

20        On September 22, 2010, the Honorable Kendall J. Newman ordered Mr. Young and Ms.

21   Dockstader released on a $75,000.00 secured property bond, said property bond to be posted no later than

22   the close of business on October 8, 2010.  Although the required paperwork has been received, defense

23   counsel needs additional time to forward the bond packet to Mr. McConkie for approval, and for the

24   parties to record the deed of trust.  Accordingly, the parties agree that the deadline for posting the property

25

26   ///

27   ///

28   ///

1  / / /

2  bond may be extended one additional week, to **October 15, 2010**.  This office has contacted Daniel S.

3  McConkie of the U.S. Attorneys' Office, and he has no objection to this request.

4

5  Dated:  October 7, 2010

6                                              Respectfully submitted,

7                                              DANIEL J. BRODERICK
                                               Federal Defender

8
                                               */s/ Lexi Negin*
9                                              LEXI NEGIN
                                               Assistant Federal Defender
10                                             Attorneys for Defendant
                                               CLIFFORD JOSEF YOUNG

11

12  Dated:  October 7, 2010                    */s/ Lexi Negin for*
                                               OLAF WILLIAM HEDBERG
13                                             Attorney for Defendant
                                               KATHLEEN DOCKSTADER

14

15  Dated:  October 7, 2010                    BENJAMIN B. WAGNER
                                               United States Attorney

16
                                               */s/ Lexi Negin for*
17                                             DANIEL S. McCONKIE
                                               Assistant U.S. Attorney
18                                             Attorney for United States

19

20

21
                                     **O R D E R**
22

23  **IT IS SO ORDERED.**

24  Dated:  October 7, 2010

25                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE

26

27

28

Stip/Order re: Property Bond                          2