DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-222 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |
| v. | PURSUANT TO THE SPEEDY TRIAL ACT |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | Judge: Hon. John A. Mendez |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Assistant U.S. Attorney, and defendants, CLIFFORD JOSEF YOUNG by and through his counsel, Lexi Negin, Assistant Federal Defender, and KATHLEEN DOCKSTADER by and through her counsel, Olaf William Hedberg, that the status conference set for Tuesday, December 7, 2010, be continued to Tuesday, February 8, 2011.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.  In addition, Attorney Hedberg will not be available as he is in trial.

It is further stipulated that the time period from the date of this stipulation, December 1, 2010, through and including the date of the new status conference hearing, February 8, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

1 | A proposed order is attached and lodged separately for the court's convenience.

DATED: December 1, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

 */s/ Lexi Negin for*             */s/ Lexi Negin*
DANIEL McCONKIE                   LEXI NEGIN
Assistant U.S. Attorney           Assistant Federal Defender
Attorney for United States        Attorney for Clifford Josef Young

                                   */s/ Lexi Negin for*
                                  OLAF WILLIAM HEDBERG
                                  Attorney for Kathleen Dockstader

Stipulation/Order                              1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-10-222 JAM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, ) | |
| Defendants. ) | |

For the reasons set forth in the stipulation of the parties, filed on December 1, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, December 7, 2010, be vacated and that the case be set for **Tuesday, February 8, 2011, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 1, 2010, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, December 1, 2010, through February 8, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 1, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge