DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-222 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | Judge: Hon. John A. Mendez |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Assistant U.S. Attorney, and defendants, CLIFFORD JOSEF YOUNG by and through his counsel, Lexi Negin, Assistant Federal Defender, and KATHLEEN DOCKSTADER by and through her counsel, Olaf William Hedberg, that the status conference set for Tuesday, June 28, 2011, be continued to Tuesday, September 20, 2011, at 9:30 a.m. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Defense counsel have requested access to a large amount of physical evidence recovered in the case. Due to the schedules of the attorneys for the parties and the expert, that viewing has not been able to take place. A lengthy continuance is sought so that this viewing can take place and the parties can complete the discovery process.

All parties are working diligently toward resolving this case.

It is further stipulated that the time period from the date of this stipulation, June 23, 2011, through

and including the date of the new status conference hearing, September 20, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 23, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>DANIEL McCONKIE<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Clifford Josef Young |
| | */s/ Lexi Negin for*<br>OLAF WILLIAM HEDBERG<br>Attorney for Kathleen Dockstader |

Stipulation/Order                              1

1
2                       IN THE UNITED STATES DISTRICT COURT
3                     FOR THE EASTERN DISTRICT OF CALIFORNIA
4

5  UNITED STATES OF AMERICA,           )   CASE NO. CR-S-10-222 JAM
                                        )
6                  Plaintiff,           )
                                        )
7          v.                           )   ORDER CONTINUING STATUS HEARING
                                        )   AND EXCLUDING TIME PURSUANT TO THE
8  CLIFFORD JOSEF YOUNG, and            )   SPEEDY TRIAL ACT
   KATHLEEN DOCKSTADER,                 )
9                                       )
                   Defendants.          )
10 _____)

11      For the reasons set forth in the stipulation of the parties, filed on June 23, 2011,  IT IS HEREBY
12 ORDERED that the status conference currently scheduled for Tuesday, June 28, 2011,  be vacated and that
13 the case be set for **Tuesday, September 20, 2011, at 9:30 a.m.**  The Court finds that the ends of justice to
14 be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy
15 trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 23, 2011,
16 stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, June 28,
17 2011, through September 20, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to
18 the need to provide defense counsel with the reasonable time to prepare.
19

20 Dated: June 23, 2011                    /s/ John A. Mendez
                                           JOHN A. MENDEZ
21                                         United States District Judge

22
23
24
25
26
27
28

Stipulation/Order                          2