DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-222 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | Date: December 13, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Assistant U.S. Attorney, and defendants, CLIFFORD JOSEF YOUNG by and through his counsel, Lexi Negin, Assistant Federal Defender, and KATHLEEN DOCKSTADER by and through her counsel, Olaf William Hedberg, that the status conference set for Tuesday, September 20, 2011, be continued to Tuesday, December 13, 2011, at 9:30 a.m. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Defense counsel have requested access to a large amount of physical evidence recovered in the case. Due to the schedules of the attorneys for the parties and the expert, that viewing has not been able to take place. A lengthy continuance is sought so that this viewing can take place and the parties can complete the discovery process. All parties are working diligently toward resolving this case.

///

///

1   It is further stipulated that the time period from the date of this stipulation, September 16, 2011,
2   through and including the date of the new status conference hearing, December 13, 2011, shall be excluded
3   from computation of time within which the trial of this matter must be commenced under the Speedy Trial
4   Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
5   prepare], and that the ends of justice to be served by granting the continuance outweigh the best interest of the
6   public and the defendant to a speedy trial.
7       A proposed order is attached and lodged separately for the court's convenience.

9   DATED: September 16, 2011

                    Respectfully submitted,

12  BENJAMIN B. WAGNER                    DANIEL BRODERICK
    United States Attorney                 Federal Defender

14   /s/ Lexi Negin for                    /s/ Lexi Negin
    DANIEL McCONKIE                        LEXI NEGIN
15  Assistant U.S. Attorney                Assistant Federal Defender
    Attorney for United States             Attorney for Defendant
16                                         CLIFFORD JOSEF YOUNG

                                            /s/ Lexi Negin for
18                                         OLAF WILLIAM HEDBERG
                                           Attorney for Defendant
19                                         KATHLEEN DOCKSTADER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-10-222 JAM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE |
| CLIFFORD JOSEF YOUNG, and ) KATHLEEN DOCKSTADER, ) | SPEEDY TRIAL ACT |
| Defendants. ) | |

For the reasons set forth in the stipulation of the parties, filed on September 16, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, September 20, 2011, be vacated and that the case be set for **Tuesday, December 13, 2011, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 16, 2011, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, September 16, 2011, through and including December 13, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 16, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

Stipulation/Order                              1