DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-222 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Assistant U.S. Attorney, and defendants, CLIFFORD JOSEF YOUNG by and through his counsel, Lexi Negin, Assistant Federal Defender, and KATHLEEN DOCKSTADER by and through her counsel, Olaf William Hedberg, that the status conference set for Tuesday, July 24, 2012, be continued to Tuesday, October 23, 2012, at 9:45 a.m.

The reason for this continuance is that Ms. Dockstader's attorney has been advised by her medical doctor that she has ongoing medical issues that will interfere with her ability to work on her case at this time. In addition, the medical provider has expressed concern about her mental health and defense counsel is currently investigating that concern.

The parties are still seeking to resolve the case and still seeking to resolve forfeiture issues, however, the government and Ms. Dockstader's attorney need more information about her physical and mental health before such discussions can continue.

1    It is further stipulated that the time period from the date of this stipulation, July 17, 2012, through
2    and including the date of the new status conference hearing, October 23, 2012, shall be excluded from
3    computation of time within which the trial of this matter must be commenced under the Speedy Trial Act,
4    pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense
5    counsel to prepare], and 18 U.S.C. §3161 (h)(4) and Local Code N [period of mental or physical
6    incompetence to stand trial] and that the ends of justice to be served by granting the continuance outweigh
7    the best interest of the public and the defendant to a speedy trial.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: July 17, 2012

                    Respectfully submitted,


BENJAMIN B. WAGNER                          DANIEL BRODERICK
United States Attorney                       Federal Defender


 /s/ Lexi Negin for                           /s/ Lexi Negin
DANIEL McCONKIE                              LEXI NEGIN
Assistant U.S. Attorney                      Assistant Federal Defender
Attorney for United States                   Attorney for Defendant
                                             CLIFFORD JOSEF YOUNG


                                              /s/ Lexi Negin for
                                             OLAF WILLIAM HEDBERG
                                             Attorney for Defendant
                                             KATHLEEN DOCKSTADER

Stipulation/Order                            2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD JOSEF YOUNG, and<br>KATHLEEN DOCKSTADER,<br><br>Defendants. | ) CASE NO. CR-S-10-222 JAM<br>)<br>)<br>)<br>) ORDER CONTINUING STATUS HEARING AND<br>) EXCLUDING TIME PURSUANT TO THE<br>) SPEEDY TRIAL ACT<br>)<br>)<br>) |

For the reasons set forth in the stipulation of the parties, filed on July 17, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 22, 2012, be vacated and that the case be set for **Tuesday, October 23, 2012, at 9:45 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 17, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, July 17, 2012, through and including October 23, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, 18 U.S.C. §3161 (h)(4) and Local Code N, due to the need to provide defense counsel with the reasonable time to prepare and to investigate Ms. Dockstader's mental and physical health.

Dated: 7/17/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Stipulation/Order                                1