JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-222 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO VACATE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | ) | Date:  March 12, 2013<br>Time:  9:45 a.m.<br>Judge: John A. Mendez |
| Defendants. | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, KATHLEEN DOCKSTADER, by and through her counsel, Olaf Hedberg and CLIFFORD JOSEF YOUNG, by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference of March 12, 2013 be vacated. A Trial Confirmation Hearing and Trial Date of June 25, 2013 and August 5, 2013 have been set, respectively.

Based upon the foregoing, the parties further stipulate that the Court shall find the time period from the date of this stipulation, March 5, 2013, through and including the date of trial, August 5, 2013, be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendants to a speedy trial.

A proposed order is attached and lodged separately for the court's convenience.

DATED: March 5, 2013

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| /s/ Lexi Negin for<br>DANIEL McCONKIE<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CLIFFORD JOSEF YOUNG |
| | /s/ Lexi Negin for<br>OLAF WILLIAM HEDBERG<br>Attorney for Defendant<br>KATHLEEN DOCKSTADER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-222 JAM |
| Plaintiff, | |
| v. | ORDER VACATING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | |
| Defendants. | |

For the reasons set forth in the stipulation of the parties, filed on March 5, 2013, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, March 12, 2013, be vacated. The Court finds that the ends of justice to be served outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 5, 2013, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, March 5, 2013, through and including August 5, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 5, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Stipulation/Order                                            1