1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725

5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )    2:10-CR-00222-JAM
11                                 )
              Plaintiff,           )
12                                 )    PRELIMINARY ORDER OF
                                   )    FORFEITURE
13      v.                         )
                                   )
14  KATHLEEN DOCKSTADER,           )
                                   )
15            Defendant.           )
   _____)
16

17      Based upon the plea agreement entered into between plaintiff

18  United States of America and defendant Kathleen Dockstader, it is

19  hereby ORDERED, ADJUDGED AND DECREED as follows:

20      1.  Pursuant to 21 U.S.C. § 853(a), defendant Kathleen

21  Dockstader's interest in the following property shall be

22  condemned and forfeited to the United States of America, to be

23  disposed of according to law:

24          a)   2009 Chrysler PT Cruiser, VIN: 3A8FY48909T513125,
                 License Number 6JWD683.
25

26      2.  The above-listed property constitutes property used, or

27  intended to be used, in any manner or part, to commit, or to

28  facilitate the commission of a violation of 21 U.S.C. §§ 846 and

1  841(a)(1).

2      3.   Pursuant to Rule 32.2(b), the Attorney General (or a

3  designee) shall be authorized to seize the above-listed

4  properties.  The aforementioned properties shall be seized and

5  held by the U.S. Marshals Service in their secure custody and

6  control.

7      4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,

8  the United States shall publish notice of the order of

9  forfeiture.  Notice of this Order and notice of the Attorney

10  General's (or a designee's) intent to dispose of the properties

11  in such manner as the Attorney General may direct shall be posted

12  for at least 30 consecutive days on the official internet

13  government forfeiture site www.forfeiture.gov.  The United States

14  may also, to the extent practicable, provide direct written

15  notice to any person known to have alleged an interest in the

16  properties that are the subject of the order of forfeiture as a

17  substitute for published notice as to those persons so notified.

18      b.   This notice shall state that any person, other than

19  the defendant, asserting a legal interest in the above-listed

20  properties, must file a petition with the Court within sixty (60)

21  days from the first day of publication of the Notice of

22  Forfeiture posted on the official government forfeiture site, or

23  within thirty (30) days from receipt of direct written notice,

24  whichever is earlier.

25  ///

26  ///

27  ///

28  ///

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 16th day of August, 2013.

                              /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge

Preliminary Order of Forfeiture