HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-cr-222 JAM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| v. | |
| CLIFFORD YOUNG and KATHLEEN DOCKSTADER, | Judge:  HON. ALLISON CLAIRE |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants Clifford Young and Kathleen Dockstader, through their respective attorneys, that the release conditions imposed on the defendants on September 22, 2010, may be modified.  The pretrial services officer agrees to this request.

The following condition shall be removed:

10.  "You shall submit to drug or alcohol testing as directed by the pretrial services officer." [Dkt Nos. 15 and 19].

Both defendants have been tested regularly and negative for the time they have been on pretrial release.

All other conditions shall remain in force.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: May 13, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | */s/ Lexi P. Negin*<br>LEXI P. NEGIN |
| 4 | | Assistant Federal Defender<br>Attorney for CLIFFORD YOUNG |
| 5 | | |
| 6 | DATED: May 13, 2015 | |
| 7 | | */s/ Olaf Hedberg*<br>OLAF HEDBERG |
| 8 | | Attorney for KATHLEEN DOCKSTADER |
| 9 | | |
| 10 | DATED: May 13, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 11 | | |
| 12 | | */s/ Paul Hemesath*<br>PAUL HEMESATH |
| 13 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

STIPULATION AND [PROPOSED] ORDER TO MODIFY    -2-    *US v. Young, et al., 10-cr-222 JAM*
PRE-TRIAL RELEASE CONDITIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **O R D E R**

The following release condition shall be removed for both defendants:

10. You shall submit to drug or alcohol testing as directed by the pretrial services officer.

All other conditions shall remain in force.

IT IS SO ORDERED.

DATED: May 14, 3015.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE