HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD YOUNG and<br>KATHLEEN DOCKSTADER,<br><br>Defendants. | Case No. 10-cr-222 JAM<br><br>STIPULATION AND ORDER TO RETURN NON-CONTRABAND PROPERTY SEIZED DURING SERVICE OF A SEARCH WARRANT<br><br>NCSO Case Nos. 1090-3698/1100-3014<br><br>Judge: HON. JOHN A. MENDEZ |

On November 4, 2009, the Nevada County Sheriff's Department executed a state-issued search warrant (NCSO 1090-3698) on property belonging to Clifford Young and Kathleen Dockstader. Both contraband and non-contraband property was seized. The contraband seized eventually became the basis for the offense of conviction in this federal case.

On September 21, 2010, the Nevada County Sheriff's Department executed another search warrant (NCSO 1100-3014) on property belonging to Clifford Young and Kathleen Dockstader. Both contraband and non-contraband was seized. The contraband seized eventually became the basis for the offense of conviction in this federal case.

Mr. Young and Ms. Dockstader resolved their case by way of pleading guilty and were sentenced on June 23, 2015. The case is closed. The parties agree that all the non-contraband seized during the two search warrants (NCSO 1090-3698 and NCSO 1100-3014)) should now be returned to Mr. Young and Ms. Dockstader.

1  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants Clifford Young and Kathleen Dockstader, through their respective attorneys that all non-contraband items seized on November 4, 2009 (NCSO 1090-3698) and on September 21, 2010 (NCSO 1100-3014) shall be dispersed/destroyed/auctioned per Mr. Young's and Ms. Dockstader's instructions.

Good cause appearing, therefore, it is requested that the Court order all non-contraband seized property be returned to defendants Clifford Young and Kathleen Dockstader.

                Respectfully submitted,

DATED: October 9, 2015        HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Lexi P. Negin*
                                         LEXI P. NEGIN
                                         Assistant Federal Defender
                                         Attorney for CLIFFORD YOUNG

DATED: October 9, 2015        */s/ Olaf Hedberg*
                                         OLAF HEDBERG
                                         Attorney for KATHLEEN DOCKSTADER

DATED: October 9, 2015        BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Paul Hemesath*
                                         PAUL HEMESATH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

It is hereby ordered by this Court that the Nevada County Sheriff's Department is to return/destroy/auction all non-contraband items seized on November 4, 2009 (NCSO 1090-3698) and on September 21, 2010 (NCSO 1100-3014) per Mr. Young's and Ms. Dockstader's instructions.

IT IS SO ORDERED.

Dated: October 13, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE